### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROSE CLARKSON, JUNE MACK, VALERIE HICKS, CARRIE DEVERS, THERESA CULVER, AMY CAPODICI, GEORGEANN ROBERTS, and PAMELA SILVER, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>ONSITE MAMMOGRAPHY, LLC, d/b/a ONSITE WOMEN'S HEALTH,<br><br>                        Defendant. | Civil Action No. 3:25-cv-11123-MGM |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

Pursuant to this Court's Order dated October 20, 2025, Plaintiffs and Defendant hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged in this Action. The settlement is conditioned on the parties executing a written settlement agreement which will be the subject of Plaintiffs' unopposed motion for preliminary approval, which is anticipated to be filed on or before March 6, 2026.

Based on the foregoing, the Parties request the Court stay all deadlines pending approval of the settlement.

| | |
|---|---|
| Dated: January 5, 2026 | Respectfully submitted, |
| | |
| */s/ John Roddy* | */s/ Mason N. Floyd* |
| John Roddy (BBO # 424240) | Mason N. Floyd |
| **BAILEY & GLASSER LLP** | Peter Berk |
| 101 Arch Street, 8th Floor | **CLARK HILL, PLC** |
| Boston, MA 02110 | 130 E. Randolph, Suite 3900 |
| Tel: (617) 439-6730 | Chicago, Il 60601 |
| Fax: (617) 951-3954 | Tel: (312) 701-6870 |
| jroddy@baileyglasser.com | mfloyd@clarkhill.com |
| | pberk@clarkhill.com |
| *Interim Liaison Counsel* | |
| | *Attorneys for Defendant Onsite Mammography, LLC* |

Elena A. Belov (admitted *pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (917) 716-7132
elena@almeidalawgroup.com

Jonathan S. Mann (admitted *pro hac vice*)
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
jonm@pittmandutton.com

Marc H. Edelson (admitted *pro hac vice*)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notification to all counsel of record.

                                              */s/ John Roddy*
                                              John Roddy